UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| JOHN STOKES, ) | |
| ) | |
| *Plaintiff*, ) | |
| ) | |
| vs. ) | No. 1:18-cv-01613-JMS-TAB |
| ) | |
| CAPTAIN MICHAEL CLARK and ) | |
| STATE OF INDIANA, ) | |
| ) | |
| *Defendants*. ) | |

## ORDER ADOPTING REPORT AND RECOMMENDATION

The Magistrate Judge submitted his Report and Recommendation on Defendants' Motion to Enforce Settlement.  [Filing No. 91.]  He recommends that Defendants motion, [Filing No. 90], be granted and Defendants be ordered to tender $600 to Mr. Stokes' attorney for distribution to Mr. Stokes consistent with the terms of representation, [Filing No. 91].  The parties were afforded due opportunity pursuant to statute and the rules of this Court to file objections; none were filed.

The Court, having considered the Magistrate Judge's Report and Recommendation, hereby adopts the Magistrate Judge's Report and Recommendation, [Filing No. 91], and Defendants Motion to Enforce Settlement, [Filing No. 90], is **GRANTED**.  Defendants are **ORDERED** to tender the $600 settlement amount to Stokes' attorney for distribution to Stokes consistent with the terms of the representation.  Defendants are **ORDERED** to file a motion with this Court once the payment has been made.  At that time, the Court will dismiss this case with prejudice.

Date: 10/14/2020

Hon. Jane Magnus-Stinson, Chief Judge
United States District Court
Southern District of Indiana

1

**Distribution via ECF only to all counsel of record**